IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES RASPBERRY,

     Plaintiff,          1: 08 CV 1767 OWW WMW PC

  vs.                     ORDER

A. TREVINO, et al.,

     Defendants.

On January 13, 2009, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to comply with a court order. Plaintiff was directed to submit an application to proceed in forma pauperis or submit the $350 filing fee for this action. Plaintiff has submitted the $350 filing fee.

Accordingly, IT IS HEREBY ORDERED that the January 13, 2009, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:   February 18, 2009**            /s/  William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE