# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RASBERRY, | CASE NO. 1:08-cv-01767-OWW-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION |
| v. | (Doc. 28) |
| A. TREVINO, et al., | |
| Defendants. | |

Plaintiff James Rasberry ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On March 11, 2010, Defendants filed a motion requesting the Court to screen Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A(a).

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Plaintiff's first amended complaint will be screened.

IT IS SO ORDERED.

**Dated:   September 15, 2010**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE