1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9   JAMES RASBERRY,                         CASE NO. 1:08-cv-01767-OWW-SMS PC

10                    Plaintiff,            ORDER GRANTING DEFENDANT'S MOTION
                                           FOR LEAVE TO DEPOSE PLAINTIFF BY
11          v.                             REMOTE MEANS

12   A. TREVINO, et al.,                   (ECF No. 39)

13                    Defendants.
     _____/
14

15          Plaintiff James Rasberry ("Plaintiff") is a state prisoner proceeding pro se in this civil rights

16   action pursuant to 42 U.S.C. § 1983.  This action is proceeding on the first amended complaint filed

17   March 2, 2010, against Defendants Trevino and Miguel for excessive force in violation of the Eighth

18   Amendment and Defendant Trevino for a violation of the Equal Protection Clause.  This action is

19   currently in the discovery stage, and on June 23, 2011, Defendants filed a motion seeking leave to

20   depose Plaintiff by video conference or telephone.  Fed. R. Civ. P. 30(b)(4).

21          Good cause having been shown, Defendants' motion is HEREBY GRANTED.

22          IT IS SO ORDERED.

23   **Dated:    June 24, 2011**                        **/s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28

1